UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_10/27/2020_____
```

AWILDA M. TORRES,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

1:20-CV-7019

ORDER OF SERVICE

KATHARINE PARKER, United States Magistrate Judge:

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.  This Order shall not supersede the prior scheduling orders issued in this case (*See* ECF Nos. 6 & 7).  The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:    October 27, 2020
          New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge